UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, etc., | ) ) ) | |
| Plaintiff, | ) ) | 2:12-cv-532-JCM-RJJ |
| vs. | ) ) | |
| BANC OF AMERICA SECURITIES, INC., *et al.*, | ) ) ) | O R D E R |
| Defendant, | ) ) | |

This matter is before the Court on Defendants' Motion to Stay Pending Transfer Decision By Judicial Panel on Multi District Litigation (#12).

The Court having reviewed the Motion (#12), the response (#44) and the Reply (#45) and good cause appearing therefore,

IT IS HEREBY ORDERED that Defendants' Motion to Stay Pending Transfer Decision By Judicial Panel on Multi District Litigation (#12) is **GRANTED.**

IT IS FURTHER ORDERED that the parties shall file a joint status report on June 22, 2012.

DATED this   9th   day of May, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge