# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

2:12-CV-532 JCM (RJJ)

FEDERAL DEPOSIT INSURANCE CORPORATION, as receiver for Security Savings bank,

　　　　　Plaintiff,

v.

BANC OF AMERICA SECURITIES LLC, et al,

　　　　　Defendants.

## ORDER

Presently before the court is the matter *Federal Deposit Insurance Corporation v. Banc of America Securities, LLC, et al.,* case number 2:12-cv-00532-JCM-RJJ. On May 9, 2012, the magistrate judge assigned to the case stayed the action pending a transfer decision by the judicial panel on multi district litigation. *See* Dkt. #46.

At the time of the magistrate judge's order, plaintiff FDIC had filed a motion to remand, calling into question this court's subject matter jurisdiction. *See* Dkt. #42. Accordingly, the court will interpret, and apply, the magistrate judge's order as staying only proceedings other than the still pending motion to remand.

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1  The court therefore files this instant order to instruct the litigants that the motion to remand
2  will be adjudicated.  Defendants shall file any opposition to plaintiff's motion to remand within
3  fourteen days of the date of this order.  Any replies thereto shall be filed within seven days of the
4  filing of the opposition.

5  IT IS SO ORDERED.

6  DATED May 18, 2012.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -