| | |
|---|---|
| **Case Name:** | Federal Deposit Insurance Corporation v. Banc of America Securities LLC et al |
| **Case Number:** | NV/2:12-cv-00532 |
| **Filer:** | |
| **Document Number:** | 18(No document attached) |

**Docket Text:**
**\*\*\*TEXT ONLY ORDER\*\*\***

**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 8/18/2014.**

**Associated Cases: MDL No. 2265, ALM/2:12-cv-00784, CAC/2:14-cv-00252, CO/1:11-cv-02268, MA/3:11-cv-30215, NV/2:12-cv-00532, NYS/1:11-cv-08077, NYS/1:12-cv-03359, NYS/1:12-cv-05019, NYS/1:13-cv-00392, NYS/1:13-cv-00393, NYS/1:13-cv-00490, NYS/1:13-cv-00491, NYS/1:13-cv-00492, NYS/1:13-cv-00494, NYS/1:13-cv-00501, TXS/4:11-cv-04188 (TL)**